No. 1060. EUCLID-TENNESSEE, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *William Waller* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Harry Baum* for respondent.

No. 1088. HENRIKSON ET AL. *v.* UDALL, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied. *Noble McCartney* for petitioners. *Solicitor General Marshall* for respondents.

No. 1100. AKSHUN MANUFACTURING CO. ET AL. *v.* NORTH STAR ICE EQUIPMENT CO. ET AL. C. A. 7th Cir. Certiorari denied. *Anna R. Lavin, Edward J. Calihan, Jr.,* and *Peter R. Scalise* for petitioners. *William J. Stellman* and *Lloyd W. Mason* for respondents.

No. 1106. DEMPSTER BROTHERS, INC., ET AL. *v.* BUFFALO METAL CONTAINER CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Charles D. Snepp, J. Preston Swecker, James P. Burns* and *Conrad Christel* for petitioners. *Spero L. Yianilos* for respondents.

No. 1140. LATTA *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 9th Cir. Certiorari denied. *George T. Davis* for petitioner. *Solicitor General Marshall, Philip A. Loomis, Jr.,* and *Walter P. North* for respondent.

No. 1166. SHEARER *v.* SHEARER. C. A. 3d Cir. Certiorari denied. *Russell B. Johnson* for petitioner.